UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE FELIX, | No. C 08-4772 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| MANTEL, Warden, | |
| Defendant. | |

Eddie Felix filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred at the Mule Creek State Prison in Ione, California. Ione is in Amador County, within the venue of the Eastern District of California. The defendant is the warden of the prison and apparently resides in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: December 18, 2008

_____
SUSAN ILLSTON
United States District Judge