IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE FELIX,

        Plaintiff,                  No. CIV S-08-3100 GGH P

    vs.

MICHAEL MARTEL,

        Defendant.                <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 5, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 16, 2009 request for an extension of time (Docket # 13) is granted;

        2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint; and

        3. There will be no further extension of time.

DATED: March 30, 2009

                                      /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009/md
feli3100.36