IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE FELIX,

    Plaintiff,                      No. CIV S-08-3100 GGH P

    vs.

MICHAEL MARTEL,

    Defendant.                <u>ORDER</u>

_____/

        On January 5, 2009, plaintiff filed his consent to the jurisdiction of the undersigned. Docket # 9. By order filed March 5, 2009 (# 10), the court granted plaintiff thirty days to file an amended complaint. In the March 5th order, the court informed plaintiff of the deficiencies in his complaint. On March 30, 2009 (# 14), plaintiff was granted a sixty-day extension of time to file his amended complaint. The sixty-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the March 5, 2009 order, IT IS ORDERED that this action is dismissed with prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: June 26, 2009                             /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009/035
feli3100.fta